**STATE OF OHIO**

ISSUING COUNTY **FRANKLIN**
ISSUING TITLE OFFICE # **2501**
RESIDENT COUNTY **FRANKLIN**

TITLE No. **25 1593 2273**
ISSUE DATE **06/02/2020**

**REPLACEMENT**

**IDENTIFICATION NUMBER**
KMHCT4AE8HU241651

**YEAR** 2017
**MAKE** HYUN
**MAKE DESCRIPTION** HYUNDAI
**MODEL DESCRIPTION** ACCENT
**BODY TYPE** 4D

**MILEAGE** 45,645
**MILEAGE NOTATION** ACTUAL
**PURCHASE PRICE** $10,800.00
**TAX** $810.00

**CONVERSION**

**EVIDENCE**
OH-4303611988

**COMMENTS**

**NOTATION(S)**

**OWNER(S)**
DEREK CRABTREE

6576 BLUEBIRD LANE
CANAL WINCHESTER, OH 43110

**PREVIOUS OWNER(S)**
CARVANA LLC

4000 W BROAD ST
COLUMBUS, OH 43228

**DEALER PERMIT**
UD022708

**FIRST LIENHOLDER**
CARVANA LLC

DATE OF LIEN 03/11/2019

P O BOX 29002
PHOENIX, AZ 85038

**LIEN DISCHARGE**
Lienholder _____

by: _____
Authorized Signature    Date

**CLERK LIEN CANCELLATION**
by: _____
Deputy Clerk    Date

WITNESS MY HAND AND OFFICIAL SEAL THIS 2ND DAY OF JUNE, 2020

%205219437



%205219437



MARYELLEN O'SHAUGHNESSY
CLERK OF COURTS

99A
L   AKS

TITLE DOCUMENT CONTAINS OHIO WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

BMV 3800 1/19 [760-1503]